# Exhibit A

104 ✓

# MAGISTRATE COURT OF ___Gwinnett___ COUNTY, GEORGIA

Date Filed **11/18/2021**

Case No: **21-m-32605**

James L Giles

3700 JENEEN TER

DOUGLASVILLE, GA 30135

**Plaintiff(s) Name, Address**

vs

WELLS FARGO BANK NATIONAL ASSOCIATION (INC.)

2 SUN COURT, SUITE 400

PEACHTREE CORNE, GA 30092

**Defendant(s) Name, Address**

**STATEMENT OF CLAIM**

RECEIVED THRU MAIL

FILED CLERK'S OFFICE MAGISTRATE COURT GWINNETT COUNTY, GA
21 NOV 19 PM 1:54
TIANA P. GARNER, CLERK

[ ] Suit on Note   [ ] Suit on Account   [ ] Breach of Contract   [ ] Injury   [✔] Other
UNFAIR AND DECEPTIVE ACTS AND PRACTICES

1. The Court has jurisdiction over the defendant(s)   [✔] the Defendant(s) is a resident of   Gwinnett County;   [ ] Other (please specify)

2. Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim):
Wells Fargo offered covid-19 payment assistance on account ending in 1645 to around 12/1/ 2020 for the months of December January February I accepted when the payment came due on 12/12/ 2020 no relief was applied when I called Wells Fargo, they claim that there's no record or no evidence that they offered or I accepted or was eligible for any relief this has caused the account to become delinquent late fees to be charged also increased the payment. I am asking for punitive damages.(See letter)

3. That said claim is in the amount of :   **$14,611.00**   , principal                    interest, plus
attorney's fees in the amount of _____ pursuant to _____ , plus
_____**$104.00**_____ costs to date, and all future costs of this suit.

State of Georgia, ___Gwinnett___ County:

_____ swears the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s), exclusive of all set-offs and just grounds of defense.

By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading(s) are true and correct.

Plaintiff(s) or Agent
(If Agent, Title or Capacity) _____

**678-517-7336**
**Day Time Phone Number**

## NOTICE AND SUMMONS

**TO: All Defendant(s)** You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained for the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE OR CLERK. If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at the
_____**75 Langley Dr, Lawrenceville, GA 30046**_____, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff(s), you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff(s)' claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

This __19__ day of __November__, 20 __21__   mmiClan / Mmiclan

Magistrate or Deputy Clerk of Court

The instructional tape, "I PRESENT MY CASE" is currently scheduled for viewing on the Gwinnett County Public Access Channel, Channel 23, on the following days and times: Monday, 5:30 P.M. & Saturday, 4:30 P.M; In Spanish, Tuesday, 5:30 P.M., & Sunday, 4:30 P.M.. Current scheduling can be confirmed on the web-site, www.gwinnettcounty.com, click on Calendar, click on Cable Calendar.

See the courts website, www.gwinnettcourts.com.
Additionally, you must be prepared and **ON TIME**. Bring all of your witnesses, documents, photographs, etc. to court with you. If you are late, you may automatically lose your case and you may not have an opportunity to present your side of the issue. If you must be late, contact the court well in advance during normal business hours so that the calendar can be properly marked.

The following may help you in preparing your claim or defense:

| |
|---|
| All parties shall notify the Clerk of Court in writing of any address change, or daytime telephone number change. |
| All court notices come by regular mail. If you fail to provide your new address, you may miss your trial & lose your case. |
| I will bring the following to court to prove my case: |
|     Written contracts, leases, IOUs, notes, and all written documents applicable to the case. |
|     Letters and/or papers relating to the case |
|     Bills or estimates. Invoices. (The person(s) who prepared the bills or estimates should accompany you to court) |
|     Canceled checks |
|     Photographs |
|     Witnesses (Should accompany you. Notarized statements CANNOT be accepted as evidence at a trial.) |
|     All other evidence you consider relevant. |
| I will bring to court all witnesses having firsthand knowledge of my case. They have not heard evidence from someone else [NOTE: Impartial witnesses who have no stake in the outcome of the case are generally more believable] |
| I need to get a subpoena (order to appear) from the Clerk of Court for some witnesses to make certain that they appear. |
| I need to get subpoenas for the production of documents. |
| This case involves damage to property (for example, a car, the home, etc.) |
|     I can describe the damage in detail and I have repair bills, written estimates of damage or repair, or other reliable evidence to help support my opinion of the value of the property before and/or after the damage. [NOTE: a case involving damages must always be proved by LIVE TESTIMONY]. Bring/subpoena the person to court who prepared the estimates. |
|     I can describe the condition of the property before the damage and I have determined what it was worth then. I have a Bluebook/Blackbook guide or newspaper ads to help prove my opinion. I can describe with reasonable certainty the cost of repairs. I have researched the law as to the correct measure of damages. |
| **FOR PLAINTIFF:** |
|     The party I have named is liable to me. (There is not a another person or corporation who really owes the money to me. (Just because a person is an officer/registered agent of a corporation does not make that person liable.) |
|     I can prove the amount of the complaint. I have not asked for more money than is really owed me. |
| **FOR THE DEFENDANT:** |
|     I filed an answer/counterclaim to the Plaintiff's claim on time. |
|     I do not owe the money because someone else is legally responsible, a third party or a corporation |
|     I do not owe the Plaintiff anything for some other reasons. |
|     The Plaintiff is suing for more than the damage. |
|     The Plaintiff owes me money and I have set forth the amount owed me in my counterclaim. (A counterclaim must be proven to a "preponderance of the evidence" in the same manner as Plaintiff's claim.) |
| I owe most or all of the money the Plaintiff claims but I need more time to pay it. I need to set up a payment plan. I will try to work this out with the plaintiff before court. Otherwise, I will tell the Judge I need a payment plan at the court date. |

NOTE: The Magistrate Court attempts to use simple procedures but is subject to the same rules of law and evidence as any other court. You may wish to seek legal advice from an attorney if the importance of your case warrants it. You have the responsibility for presenting your case and this form gives only general advice which may not be adequate in your case.

On or before the date of December 1st 2020; Wells Fargo offered Covid- 19 payment assistance on credit card account ending in (1645); the payment assistance came via email link. When I logged onto the on-line link it required that I click and accept; there would be no approval or denial, I accepted the relief. They also offered the same Covid-19 relief for mortgage account ending in (6086) on this account I received a confirmation email. On (1645) I have not received any Covid-19 confirmation emails from March 2020 (when relief started) to present. Payment became due on account (1645) December 12th; payment relief was not applied. I received an email on december 12th stating that payment had not been made thus also stating in the email: "Please disregard this message if you are receiving covid 19 payment assistance". Please see exhibit A (1).

 I waited until the statement closing date of December, 18 2020 to see if assistance would be applied at that time and it was not. I placed a call to Wells Fargo and was transferred to the collections department. Upon explaining to the debt collector that I accepted Covid-19 relief around the 1st of December that had not been applied. He proceeded to misdirect and misstate my words attempting to make it seem as if I am calling now asking for covid 19 relief totally ignoring the fact that I stated I accepted relief and it is not being applied continuing to stick to a standard talking point of that you do not qualify for any relief. This point I asked for a supervisor that I clearly explained the dilemma to he then sent me to exculations where I explained the entire situation. After that I received a letter basically denying my claims telling the I do not qualify for covid 19 relief. I called and filed another claim detailing again that I was offered covid 19 relief and I accepted. Their response again letter dated feb 5th final response. **(We have no record of our systems offering or advising you that your account was eligible for a third round of relief).** Please see: (Exhibit B(1) section(1)).  Also, I had addressed concerns about credit reporting of the account not being current; their response: please see Exhibit B(2) section(1)

On February, 6 2021; I logged into wells fargo account; there was a notice on account ending in (1645) that stated: **(your payment assistance has ended and you'll need to make regular payment by the scheduled due date. If you were using wells fargo auto payment (ACH) when your assistance began, your payment will be made automatically. Please contact us).**

Also, there was another notice on account ending in 6086 also stating that payment assistance was ending just as I had stated in dec and all of january also in both claims that were filed. Please see exhibit( C) also during this period between dec and feb I accused wells fargo of unfair and deceptive acts.  On jan 11 2021 there's a notice on my account ending in 1645 that saids my payment was due dec 19 and 23 days past due. Please see (exhibit(D)

On jan 20 2021 there was a notice on my account ending in 1645 stating: (my account was over the limit and payment is (1) **days late**) Please see exhibit E also there was another notice showing 23 days past due Please note exhibit F these three notices D,E, and F claim that my payment is due on the 19th my payment is due on the 12th of every month. This leads me to believe someone is tampering with the account. On exhibit E is should be day late not days late, on exhibit F **overlimit** is not a word; something is going on when these type of errors are going on on my account during the covid-19 relief that's in question. All of these exhibits were sent to wells fargo on February 9th and 10th via email attached to the claim. Please see (exhibits G and H) also please see (exhibits I and J) confirmation emails.

I received a letter dated feb 23rd please see (exhibit K and L) this letter proves that they received my emails and this is how they explained it: **(The additional relief period ended August 18, 2020. In reference to the the screenshots you sent in as part of your complaint, you were advised your payments would be made automatically if you were enrolled in Wells Fargo auto payment (ACH))** . Please see: ( exhibit K(1))

This response is unbelievable from wells fargo, it is also unfair and deceptive they are in violation of the truth in lending act that requires that all notices and bill be accurate. Wells fargo violated this with the false due dates of the 19th. Also, they are in violation of the fair credit billing act. They were notified in dec about the error, they chose to lie and try to cover up the fact that they may have offered me too

much assistance instead of admitting their mistakes and moving on they decided to shift the blame to the customer. They are also in violation of the fair credit reporting act. They were clearly notified about the credit and their response is unacceptable please see: (exhibit B(2) section(1)).

Clearly I have proven that I was enrolled in covid-19 relief program just as I stated in dec. it is not a coincidence that I received a notice from wells fargo themselves on my account on feb 6th 2021 saying that my relief is now ending also my relief ending on my mortgage account just as I stated in the beginning. Wells fargo has a history of unfair and deceptive acts they also have a history of duplicating customer accounts they have been caught lying and have been fined by multiple agencies concerning unfair and deceptive acts and practices.

As a result of wells fargo actions and not applying relief on dec 12 2020 payment they have charged a late fee every month. In their letter they claim that they erased late fees however on the same statement they erased fees they also charged fees back. Please see: (exibit M) eleven months' worth of late fees at $40.00 each comes to $440.00. as a result of wells fargo not making that payment dec 12 2020 they increased the payment amount on average of $35.00 a month for eleven months equaling $385.00. They reported this on my credit report as not being current every month for the amount of $199.00 for eleven months which out to $2,189.00. Statutory damages for violation of fair credit billing act $3,500.00. Statutory damages for violation for fair credit reporting act: $3,500.00. also they are in violation of the truth in lending act, false notifications, misrepresentation of due dates, and unfair and deceptive acts. Statutory damages of $4,000.00 also wells fargo will not bring account current as they should have I am asking for $597.00 same three months of relief that I should have received that they offered and I accepted. I am asking for $14,611.00 and any punitive damages that can be awarded.

. Fwd: Due today: We haven't received your credit card payment                                    Page 1 of 1

**From:** jgrock63@aol.com,
**To:** jgrock63@aol.com,
**Subject:** Fwd: Due today: We haven't received your credit card payment
**Date:** Tue, Nov 9, 2021 11:45 am

*EXhibit A*

-----Original Message-----
From: Wells Fargo <alerts@notify.wellsfargo.com>
To: jgrock63@aol.com
Sent: Sat, Dec 12, 2020 10:15 am
Subject: Due today: We haven't received your credit card payment

# Your credit card payment is due today

We wanted to remind you that your payment for your PLATINUM CARD ending in 1645 is due today:
12/12/2020.

As of 07:14 AM PST, the minimum payment due has not been scheduled or received.

Sign on to make a payment. Your payment will be on time if you submit it today by 11:59 p.m. Pacific
Time.

**Please disregard this message if you are receiving COVID-19 payment assistance.**

If you have already made this payment, thank you! You don't need to do anything else.

**How to avoid late payments**
To help keep your account current, consider enrolling in automatic payments.

**Questions?**
If you have questions or would like to make a payment by phone, call us at the number on the back of
your card or on your billing statement.

**wellsfargo.com**        |       Security Center

To get this alert by text, or to stop receiving this alert, sign on and go to Manage Alerts and choose
your account from the drop down menu.

**Please do not reply to this automated email.**

c70ef972-844f-4c14-926d-bede7762bd9c



*Exhibit B1*

**Wells Fargo Bank, N.A.**
Executive Office
PO Box 14544
Des Moines, IA 50306
Fax 1-877-243-3589

February 5, 2021

James L Giles
3700 Jeneen Ter
Douglasville, GA 30135-1006

Subject: Response to the recent inquiry
Account number ending in: 1645
Wells Fargo case number: ████████8861

Dear James Giles:

We are writing in response to your recent concerns about your Wells Fargo account referenced above. Thank you for taking the time to contact us as we appreciate the opportunity to respond.

Our records indicate that our office received a similar inquiry from you. After careful review, we confirm that we provided an appropriate response to the inquiry, and we have enclosed the letter dated January 19, 2021, for your records.

**COVID relief**

Our records confirm that the following two rounds of COVID relief were applied to this account:

- The first round was requested on March 20, 2020, and expired on June 17, 2020.
- The second round was requested on June 30, 2020, and expired on August 18, 2020.

After careful review, we were able to confirm we were able to confirm that your account did receive additional relief beyond August 18, 2020. Additionally, payments were not required, as an error in your favor, for the September 12th, October 12th, nor November 12th due dates; and the first payment, after receiving the two rounds of COVID relief, was not due until December 12, 2020. Please see the enclosed statements dated March 19, 2020, through November 17, 2020, for review. At this time, we are not offering a third round of COVID relief. We regret any misunderstanding regarding payments due for this account.



Additionally, we have no record of our systems offering or advising you that your account was eligible for a third round of relief. If you have additional information for us to review, please send it to the following, so that we may investigate further:

© 2019 Wells Fargo Bank, N.A. All rights reserved.

EO-000221_032019

Wells Fargo Bank, N.A.
Executive Office
PO Box 14544
Des Moines, IA 50306
Fax 1-877-243-3589



**Payment history**

Our records confirm that the payment of $163.00, which was due on December 12, 2020, was not received until January 12, 2021; and this caused the account to fall past due. Currently, we have not received the minimum payment that was due on January 12, 2021, of $199.00. Additionally, on February 12, 2021, an additional $204.00 will be due. As of the date of this letter, the total minimum payment required to bring the account out of delinquency is $403.00 by February 12, 2021. Please see the enclosed statements dated November 18, 2020, through January 18, 2021, for review.

**Minimum payment**

Minimum payments are calculated including any past due amount plus the greater of:

- Fees + Interest + 1.00% of the new balance; or
- $25.00 or the entire balance if less than $25.00

Minimum payments are then rounded to the nearest whole dollar. We have reviewed the account and we confirm the minimum payments have been calculated appropriately.

**What we have done**

In an effort to assist, we have waived a total of $40.00 in late fees between the waiver on January 20, 2021, and February 3, 2020. This credits will reflect on the next billing statement. Please note that these waivers will not prevent future late fees from being assessed if the full minimum monthly payment is not made by the due date of each month.

**Credit reporting**



As a fair and responsible lender, Wells Fargo is required to report factual and accurate information to the credit bureaus under the Fair Credit Reporting Act (FCRA). We do not submit adjustment requests to the credit bureaus unless the information being reported is inaccurate, or the information being reported is the result of a verified bank error. After careful review, we confirm that there were inconsistencies in the reporting of this account. We have submitted a request to have the credit reporting agencies update their records. Please allow up to 60 days for the credit reporting agencies to update their records. Once updated, we confirm that we are accurately reporting this account to the credit bureaus as "Open; $6,406 balance."

**Contact information**

If you have questions, you can call me at 1-844-576-6424, extension 23447, Monday through Friday from 7:00 a.m. to 7:00 p.m. Central Time.

For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

Thank you.

Exibit C



Exibit D



Account is overlimit and payment was due on December 19, 2020. Your payment is now 29 days late.

Exibit E



# WELLS FARGO

Accounts ∨     Brokerage     Transfer & Pay ∨

Your PLATINUM CARD ... 1645 is over the limit and your payment is 1 days late.
View Payment Options

**Make Payment**

We're here for you. Get the latest details on COVID-19 resources and support.

## Account Summary

⚙ Customize

CHECKING     $95.28
...7918     Available balance

Exibit F



$Exibit\ G$

**From:** jgrock63@aol.com,
**To:** jgrock63@aol.com,
**Subject:** Fwd: 06202101212258861
**Date:** Mon, Nov 8, 2021 9:34 am
**Attachments:** 20210209_163351.jpg (2795K)

-----Original Message-----
From: james giles <jgrock63@aol.com>
To: ccseosecureemail@wellsfargo.com <ccseosecureemail@wellsfargo.com>
Sent: Tue, Feb 9, 2021 7:50 pm
Subject: █████████8861

IN YOUR RESPONSE YOU SAID YOUR SYSTEM SHOWS AT NO TIME DID YOU OFFERED ME ANY ASSISTANCE
FOR THE DECEMBER P.D JANUARY PAYMENT AS YOU CAN SEE YOU OFFERED IT ON BOTH ACCOUNTS AND
NOW BOTH ACCOUNTS ARE TELLING ME IT HAS ENDED HOWEVER YOU CSTILL BILLED ME FOR THE MONTHS
SAYING THAT YOU DON'T SEE WHERE I SIGNED UP CLEARLY I DID THIS ERROR ON YOUR BEHALF HAS CAUSED
ME TO BE 2 PAYMENTS PAST DUE BY THE TIME I CALLED ON DECEMBER 26TH I MADE A PAYMENT OF $163
WITCH SHOULD BE MY FEBUARY PAYMENT BUT BECAUSE A 30 DAY LATE WAS COMING WHILE YOU
INVESTAGE I MADE THE PAYMENT AND YOU HAVE DAMAGED MY CREDIT CLEARLY YOU HAD ME TO BELIEVE
THAT I WAS RECEIVING PAYMENT ASSISTANCE YOU ALSO SENT ME A EMAIL SAYING DECEMBER PAYMENT
WAS PAST DUE BUT IF YOU HAVE INROLLED IN COVID-19 ASSISTANCE PLEASE DISREGAURD SO I DID TIL
ANOTHER PAYMENT CAME DUE IF I WAS NOT EGILIBLE YOU CAN'T TELL ME AFTER THE PAYMENTS ARE PAST
DUE

Sent from Mail for Windows 10

1 Attached Images



*Exibit H*

From: jgrock63@aol.com,
To: jgrock63@aol.com,
Subject: Fwd: 06202101212258861
Date: Mon, Nov 8, 2021 9:36 am
Attachments: 20210111_200254.jpg (4636K), 20210120_183127.jpg (4023K), 20210210_093312.jpg (3693K), 20210209_163351.jpg (2795K)

-----Original Message-----
From: james giles <jgrock63@aol.com>
To: ccseosecureemail@wellsfargo.com <ccseosecureemail@wellsfargo.com>
Sent: Wed, Feb 10, 2021 10:56 am
Subject: ▉▉▉▉8861

The first attachment is a picture I took of my account on January 11 2021 saying my payment was due on December 19 2020 and my payment is 23 days past due so I am not confused about anything concerning this account when I say somethings wrong this did not start to happen until the last relief I signed up for the one you claim you didn't offer. The second attachment is a picture taken January 20 2021 saying my payment is 1 day past due meaning again my payment due on the 19th now today it's showing 22 days past due in the third attachment but as of today I'm 29 days past due because my payment is due on the 12th of the month not the 19th I'm not confused and I'm not misunderstanding anything. The fourth attachment clearly shows that I was enrolled in a payment relief program that's now ending just as I have been saying since December 26th 2020 two months of relief for the months of December and January the two payments I made should be for February and March

Sent from Mail for Windows 10

4 Attached Images




Exibit I

**From:** jgrock63@aol.com,
**To:** jgrock63@aol.com,
**Subject:** Fwd: Acknowledgment email
**Date:** Mon, Nov 8, 2021 9:47 am

-----Original Message-----
From: CentralizedIntakeExecutiveOfficeAcknowledgment@wellsfargo.com
To: jgrock63@aol.com
Sent: Wed, Feb 10, 2021 3:55 pm
Subject: Acknowledgment email

Account number ending in: 1645

Wells Fargo case number: ███████0687

Dear James Giles:

Thank you for contacting us. We received your complaint and are committed to promptly addressing your concerns.

**What to expect**

It is our goal to review your concerns and provide you with a response within ten business days from the date we received your request. We will contact you if we need more time to complete our research.

**We are here to help**

We value the feedback provided and appreciate the time and effort taken to share your concerns. If you have questions, we are here to help. You may reach us at 1-844-576-6424 . We're available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. , Central Time . For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

Sincerely,

Enterprise Complaints Management Office

For security reasons, please do not respond to this email with any personal or account information.

In order to remain compliant with state and federal guidelines, if legal counsel is engaged for any litigation, including bankruptcy, we will communicate with the appropriate parties going forward.

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply email and delete this message. Thank you for your cooperation.

**From:** jgrock63@aol.com,
**To:** jgrock63@aol.com,
**Subject:** Fwd: Acknowledgment email
**Date:** Mon, Nov 8, 2021 9:49 am

*Exibit J*

-----Original Message-----
From: CentralizedIntakeExecutiveOfficeAcknowledgment@wellsfargo.com
To: jgrock63@aol.com
Sent: Wed, Feb 10, 2021 3:55 pm
Subject: Acknowledgment email

Account number ending in: 1645

Wells Fargo case number: ██████0687

Dear James Giles:

Thank you for contacting us.  We received your complaint and are committed to promptly addressing your concerns.

**What to expect**

It is our goal to review your concerns and provide you with a response within ten business days from the date we received your request. We will contact you if we need more time to complete our research.

**We are here to help**

We value the feedback provided and appreciate the time and effort taken to share your concerns.  If you have questions, we are here to help. You may reach us at 1-844-576-6424 . We're available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. , Central Time . For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

Sincerely,


Enterprise Complaints Management Office

For security reasons, please do not respond to this email with any personal or account information.

In order to remain compliant with state and federal guidelines, if legal counsel is engaged for any litigation, including bankruptcy, we will communicate with the appropriate parties going forward.

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply email and delete this message. Thank you for your cooperation.

Exibit K



Wells Fargo Bank, N.A.
Executive Office
PO Box 14544
Des Moines, IA 50306
Fax 1-877-243-3589

February 23, 2021

James L Giles
3700 Jeneen Ter
Douglasville, GA 30135-1006

Subject: Response to the recent inquiry
Account number ending in: 1645
Wells Fargo case number: ██████████0687

Dear James Giles:

Thank you for taking the time to contact us regarding your VISA account listed above. We acknowledge your concerns and appreciate the opportunity to address them.

**Service apology**

We regret to hear that your described experiences may not have reflected our standards for providing quality service. We appreciate your comments as we are always searching for ways to improve our customer service. We regret any frustration or inconvenience that may have occurred in regards to this matter.

**Account status**

Our records confirm the above mentioned account has a balance of $6,331.61, and is open and available for purchases. The most recent payment in the amount of $199.00 posted to the account on February 10, 2021. The account is currently past due by $204.00. The total due on the account is $422.61. We have enclosed the billing statement dated January 19, 2021, through February 15, 2021, for your review.

**Disaster relief**

We understand changing circumstances can make it difficult to balance all of your obligations, and we want to let you know you have options available to you. Our records show you agreed to a payment relief plan for your account referenced above on March 20, 2020, due to impacts from COVID-19. During that period, the account holder should not be charged a minimum payment, interest, or fees. This initial payment relief ended June 17, 2020. On June 30, 2020, our records confirm you enrolled in additional COVID relief. During that second period, the account holder should not be charged a minimum payment or fees, but interest would still accrue. The additional relief period ended August 18, 2020. In reference to the screenshots you sent in as part of your complaint, you were advised your payments would be made automatically if you were enrolled in Wells Fargo auto payment (ACH). We apologize for any confusion or inconvenience this may have caused.

© 2019 Wells Fargo Bank, N.A. All rights reserved.

EO-000221_032019

Exibit L

After careful review, we were able to confirm that, due to a system error, your account received additional relief beyond the end date of the second round of COVID relief. Payments were not required for the due dates of September 12, October 12, or November 12, and late fees did not post to the account.

Additionally, we have no record of our system offering or advising you that your account was eligible for a third round of relief. Please provide specific details of any concerns you may have regarding this account to the return address or fax number listed at the top of this letter, or contact me with this information at my contact information located at the bottom of this letter. Once this information is received, we will be happy to further research the concerns.

## Payment history

Our records confirm that the payment of $163.00, which was due on December 12, 2020, was not received until January 12, 2021, which caused the account to fall past due. The payment of $199.00, which was due on January 12, 2021, was note received until February 10, 2021. We have enclosed the billing statements dated February 17, 2020, through February 15, 2021. These billing statements include purchases, payments, and other transactions posting to the account.

## Credit reporting

As a fair and responsible lender in accordance with the Fair Credit Reporting Act (FCRA), Wells Fargo is required to report the true history of each account. We reviewed the information reported for this account and confirm that Wells Fargo is accurately reporting this account to the credit bureaus as "Current; $6,331 balance; no late marks." This account has been and continues to be reported to the credit bureaus in accordance with the requirements of the FCRA, and will be purged from your credit report by the credit bureaus as described by the FCRA.

## Contact information

If you have questions, you can call me at 1-844-576-6424, extension 25665, Monday through Friday from 7:00 a.m. to 7:00 p.m. Central Time.

For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

Thank you.

Sincerely,

# T.J. E.

T.J. E.
Research and Remediation Analyst
Executive Office


Enclosure

EXbit M

**WELLS FARGO**

**VISA**

**WELLS FARGO**

| Account Number | Ending in 1645 |
|---|---|
| Statement Billing Period | 01/19/2021 to 02/15/2021 |
| Page 1 of 2 | |

## Balance Summary

| | | 24-Hour Customer Service: | |
|---|---|---|---|
| Previous Balance | $6,446.94 | We accept all relay calls, including 711 | 1-800-642-4720 |
| - Payments | $199.00 | Outside the US Call Collect: | 1-925-825-7600 |
| - Other Credits | $40.00 | Wells Fargo Online®: | wellsfargo.com |
| + Cash Advances | $0.00 | | |
| + Purchases, Balance Transfers & Other Charges | $0.00 | **Send General Inquiries To:** | |
| + Fees Charged | $40.00 | PO Box 10347, Des Moines IA, 50306-0347 | |
| + Interest Charged | $83.67 | | |
| = New Balance | $6,331.61 | | |
| | | | |
| Total Credit Limit | $6,300 | Total Available Credit | $0 |

## Payment Information

| | | |
|---|---|---|
| New Balance | $6,331.61 | **Send Payments To:** |
| Minimum Payment | $391.00 | PO Box 77053, Minneapolis MN, 55480-7753 |
| (Includes Past Due Amount of $204.00) | | |
| Overlimit Amount | $31.61 | |
| Total Amount Due | $422.61 | |
| Payment Due Date | 03/12/2021 | |

**Late Payment Warning:** If we do not receive your Minimum Payment by 03/12/2021, you may have to pay a late fee up to $40.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the New Balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 19 years | $13,795 |
| $226 | 3 years | $8,126 (Savings of $5,669) |

If you would like information about credit counseling services, refer to www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111 or call 1-866-484-6322.

## Important Information

PAST DUE, PLEASE CALL 800-988-8019, VISIT WELLSFARGO.COM OR WF.COM ON MOBILE DEVICES FOR PAYMENT OPTIONS. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

## Go Far Rewards Summary

Rewards balance as of 01/31/2021 is 0

The rewards balance is for **Rewards ID 60013265860.**
This balance may be inclusive of other contributing rewards accounts. For up-to-date rewards balance information, or more ways to earn and redeem your rewards, visit GoFarRewards.wf.com or call 1-877-517-1358.

## Transactions

| Trans | Post | Reference Number | Description | Credits | Charges |
|---|---|---|---|---|---|
| **Payments** | | | | | |
| 02/10 | 02/10 | 7446542190A8WGA0E | ONLINE PAYMENT | 199.00 | |
| | | | **TOTAL PAYMENTS FOR THIS PERIOD** | **$199.00** | |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR ACCOUNT                    Continued ➡

5596      YKG      1    7  11   210215  0      X PAGE 1 of 2      1 0  5583  2000  C1TP  01DP5596

Detach and mail with check payable to **Wells Fargo.** For faster processing, include your account number on your check.

| **Account Number** | ▓▓▓▓1645 |
|---|---|
| New Balance | $6,331.61 |
| Minimum Payment | $391.00 |
| (Includes Past Due Amount of $204.00) | |
| Overlimit Amount | $31.61 |
| Total Amount Due | $422.61 |
| Payment Due Date | 03/12/2021 |

0063316100019900000391004465420349581645 1

Amount Enclosed $ [ ][ ][ ][ ][ ][ ]

JAMES L GILES
3700 JENEEN TER
DOUGLASVILLE GA 30135-1006

WELLS FARGO CARD SERVICES      YKG
PO BOX 77053                              4
MINNEAPOLIS MN 55480-7753

☐  Check here and see reverse for address and/or phone number correction.

Civil Action No. _____

Date Filed _____

Magistrate Court ☐
Superior Court ☐
State Court ☐
**Georgia, Gwinnett County**

Attorney's Address

_____

_____ VS.

**Plaintiff**

_____

**Defendant**

Name and Address of party to be served.

_____

_____

_____

**Garnishee**

## Sheriff's Entry Of Service

**Personal** ☐
I have this day served the defendant _____ personally with a copy
of the within action and summons.

**Notorious** ☐
I have this day served the defendant _____ by leaving
a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at
the residence of defendant.

**Corporation** ☐
Served the defendant Wells Fargo National Ass (Inc) a corporation
by leaving a copy of the within action and summons with Alisha Smith
in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the
premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States
Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate
postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐
Diligent search made and defendant
not to be found in the jurisdiction of this Court.

This _____ day of DEC, 20 21

_____
**Deputy**

Sheriff Docket _____ Page _____

**Gwinnett County, Georgia**

WHITE: Clerk     CANARY: Plaintiff / Attorney     PINK: Defendant

SC-2 Rev.3.13

Filed in Office on 1/11/2022 5:13 PM for 21-M-32605
Gwinnett Magistrate Court, Tiana P. Garner, Clerk of Court

MAGISTRATE COURT OF GWINNETT COUNTY, GEORGIA

| | |
|---|---|
| JAMES L. GILES,<br><br>       *Plaintiff*,<br><br>v.<br><br>WELLS FARGO NATIONAL BANK<br>ASSOCIATION (INC.),<br><br>       *Defendant*. | Case No. 21-M-32605 |

### DEFENDANT'S ANSWER TO STATEMENT OF CLAIM

Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by counsel, submits the following in response to the Statement of Claim of Plaintiff James L. Giles ("Plaintiff"), as follows:

Defendant denies the allegations contained in the Statement of Claim, denies any and all alleged wrongdoing, and denies that Plaintiff is entitled to any legal, equitable, or other relief, including, but not limited to, the relief identified in her Statement of Claim.

### AFFIRMATIVE DEFENSES

In addition to Defendant's response above, Defendant hereby states the following defenses to Plaintiff's Statement of Claim but does not assume a burden of proof on any such defense except as required by applicable law with respect to a particular defense asserted.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a cause of action against Defendant upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

To the extent that the evidence may show, Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver and/or estoppel.

122826293

## THIRD AFFIRMATIVE DEFENSE

To the extent that discovery of the evidence may show, Plaintiff's claims are barred, in whole or in part, by the applicable statute(s) of limitations.

## FOURTH AFFIRMATIVE DEFENSE

To the extent that the evidence may show, Plaintiff's claims are barred by the deposit agreement and other documents governing the subject account.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because Plaintiff's damages were caused by unforeseeable intentional conduct of third parties who were not under the control of Defendant.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred or diminished by Defendant's rights of setoff, recoupment, and/or restitution.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims may be barred, in whole or in part, to the extent Defendant has failed to mitigate her damages.

## EIGHTH AFFIRMATIVE DEFENSE

At all times relevant, Defendant acted reasonably and in good faith and without any malice or intent to injure Plaintiff or to violate applicable federal and/or state law.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred or diminished by his contributory and/or comparative negligence.

122826293

### <u>TENTH AFFIRMATIVE DEFENSE</u>

Plaintiff's fails because Defendant had no legal duty to Plaintiff and Defendant's actions were not the proximate cause of Plaintiff's alleged injury.

### <u>ELEVENTH AFFIRMATIVE DEFENSE</u>

Plaintiff's alleged damages were caused by factors and conduct other than, and unrelated to, any conduct of Defendant.

### <u>TWELFTH AFFIRMATIVE DEFENSE</u>

Defendant made no representations to Plaintiff, and Defendant had no intention to deceive Plaintiff.

### <u>THIRTEENTH AFFIRMATIVE DEFENSE</u>

Plaintiff's claims are pre-empted in whole or in part by the Georgia Commercial Code.

### <u>FOURTEENTH AFFIRMATIVE DEFENSE</u>

Defendant reserves the right to assert additional defenses (affirmative and otherwise) as this action progresses and reserves the right to rely upon any and all defenses (affirmative and otherwise) as may become known through discovery or at trial.

WHEREFORE, Defendant respectfully requests:

(a)     that the Court dismiss the Statement of Complaint against Defendant and enter a judgment in favor of Defendant;

(b)     that all costs of this action be taxed against Plaintiff; and

(c)     that the Court grant Defendant such other and all further relief as is just and proper.

122826293

Respectfully submitted this 11th day of January, 2022.

**WELLS FARGO BANK, N.A.**

*/s/ Mark J. Windham*
Mark J. Windham
Georgia Bar No. 113194
TROUTMAN PEPPER
HAMILTON SANDERS LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, Georgia 30308-2216
Telephone:     (404) 885-3917
Facsimile:      (404) 885-3900
E-Mail:          mark.windham@troutman.com
*Counsel for Wells Fargo Bank, N.A.*

MAGISTRATE COURT OF GWINNETT COUNTY, GEORGIA

JAMES L. GILES,

       *Plaintiff*,

v.

WELLS FARGO NATIONAL BANK
ASSOCIATION (INC.),

       *Defendant*.

Case No. 21-M-32605

## CERTIFICATE OF MAILING

I hereby certify that on the 11th day of January, 2022, a copy of the foregoing,

**DEFENDANT'S ANSWER TO STATE OF CLAIM**, was served by U.S. Mail, postage prepaid,

on:

James L. Giles
3700 Jeneen Ter
Douglasville, Georgia 30135


       */s/ Mark J. Windham*
       Mark J. Windham

122826293