UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| James L. Giles,<br>   Plaintiff,<br><br>vs.<br><br>Wells Fargo Bank National Association (Inc.),<br>   Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-00185-ELR-CCB |

## J U D G M E N T

This action having come before the court, the Honorable Eleanor L. Ross, United States District Judge, for consideration of the Magistrate Judge's Non-Final Report and Recommendation and for the Court's August 16, 2022 Order directing Plaintiff to file an amended complaint, and the Court having adopted the Non-Final R&R and Plaintiff having failed to comply with the August 16th Order, it is

**Ordered and Adjudged** that Plaintiff's Complaint be dismissed, and this action be **DISMISSED WITH PREJUDICE** for want of prosecution and failure to comply with a court order.

Dated at Atlanta, Georgia this 16th day of September, 2022.

              KEVIN P. WIEMER
              CLERK OF COURT

            By:  s/Ciarra Oduka
              Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
September 16, 2022
Kevin P. Weimer
Clerk of Court


By:  s/Ciarra Oduka
  Deputy Clerk